UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY DRIVER, JR., | No. C 13-2508 SI (pr) |
| Plaintiff, | **ORDER OF RECUSAL AND FOR REASSIGNMENT** |
| v. | |
| SUSAN ILLSTON, District Court Judge, | |
| Defendant. | |

Having been named as a defendant in this civil rights action filed by a California prisoner, the undersigned hereby RECUSES herself from this matter under 28 U.S.C. § 455(b)(5)(i). The clerk shall cause this action to be randomly reassigned to another district judge.

IT IS SO ORDERED.

DATED: June 13, 2013

SUSAN ILLSTON
United States District Judge